ROB BONTA
Attorney General of California
SARAH E. MORRISON, SBN 143459
Supervising Deputy Attorney General
DONALD ROBINSON, SBN 72402
Deputy Attorney General
KATE M. HAMMOND, SBN 293433
Deputy Attorney General
300 South Spring Street, 11th Floor
Los Angeles, CA 90013
Telephone: (310) 634-2313
Fax: (213) 897-2802

*Attorneys for Plaintiffs*
*California Department of Toxic Substances Control and the*
*Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**PACIFIC GAS AND ELECTRIC COMPANY, et al.,**<br><br>Defendants. | Case No. 4:21-cv-07450-HSG<br><br>**ORDER EXTENDING STAY OF LITIGATION FOR SETTLEMENT NEGOTIATIONS**<br><br>Courtroom: 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: None Set<br>Action Filed: September 24, 2021 |

Pursuant to the Joint Request to Extend Stay of Litigation, and good cause appearing therefor, IT IS HEREBY ORDERED that:

(1) This action is temporarily stayed until May 25, 2023, for all purposes to enable the Parties to continue their settlement negotiations without the expenditure of the Court's or the Parties' resources on litigation;

(2) While the stay is in effect, the Parties shall not be required to comply with the Federal Rules of Civil Procedure, including, without limitation, Rule 26(a) regarding initial disclosures, and other procedural provisions requiring submissions to the Court or specific action by the Parties beyond the status reports provided for in paragraph (5) of this order.

(3) Defendants are not required to file a responsive pleading until 30 days after the expiration of the stay;

(4) The Parties shall inform the Court by letter upon their submission of the equivalent stay requests in the parallel litigations, and upon the other courts' rulings on those requests; and

(5) The Parties shall file an initial status report no later than March 31, 2023, and shall file a second status report upon the expiration of the stay.

IT IS SO ORDERED.

Dated: 11/21/2022

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE