ROB BONTA
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
DONALD ROBINSON, State Bar No. 72402
KATE M. HAMMOND, State Bar No. 293433
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6531
  Fax:  (916) 731-2128
  E-mail:  Kate.Hammond@doj.ca.gov

*Attorneys for Plaintiffs*
*California Department of Toxic Substances Control*
*and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No.: 4:21-cv-07450-HSG<br><br>**ORDER AS MODIFIED REGARDING PLAINTIFFS' MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**<br><br>Re: Dkt. No. 59 |

The Court finds the Motion for Approval and Entry of Consent Decree (the "Motion") filed by Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account appropriate for disposition without oral argument and the matter is deemed submitted.  *See* Civil L.R. 7-1(b).

Having considered the parties' papers and the relevant legal authority, the Court finds that the proposed Consent Decree with Defendants Chevron U.S.A. Inc., Pacific Gas and Electric Company, Phillips 66 Company, SWEPI LLC, and Union Oil Company of California is reasonable, fair, and consistent with the purposes of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9601–9675.

The Motion is hereby granted, and the Consent Decree is hereby approved.  The Clerk is directed to enter the consent decree as a judgment and close the case.

IT IS SO ORDERED.

Dated:  January 29, 2024

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE